**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

TYRONE RAYMOND                                              CIVIL ACTION

VERSUS                                                      NO.  12-1947

N. BURL CAIN, WARDEN                                        SECTION "A"(2)

<u>O R D E R</u>

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of Tyrone Raymond for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 12th day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE